1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MARTIN RUIZ ESTRADA,<br><br>                                        Petitioner,<br><br>v.<br><br>PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement, et al.,<br><br>                                        Respondents. | Case No.:  25-CV-3801 JLS (AHG)<br><br>**ORDER DISMISSING CASE** |

On January 9, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 5), ordering that Respondents provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a).  *See* Order.  Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act.  *See* ECF No. 1 at 7.  In the Court's Order, Petitioner's attorney was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records."  Order at 3.  Thirty days from the date of the Order have come and gone, and Petitioner's attorney has not submitted an attorney fee application.  *See generally* Docket.

/ / /

/ / /

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**.  As this concludes the litigation in the matter, the Clerk of the Court shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  February 10, 2026

Hon. Janis L. Sammartino
United States District Judge

25-CV-3801 JLS (AHG)